In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00330-CV


____________________



IN THE INTEREST OF S.T.A.






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 45892






 MEMORANDUM OPINION


 On September 24, 2009, we notified the parties that the appeal would be dismissed
for want of prosecution unless arrangements were made for filing the record or the appellant
explained why additional time was needed to file the record. We also notified the parties that
the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. The
appellant did not respond to the Court's notices. The appellant did not file an affidavit of
indigence and is not entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. 
There being no satisfactory explanation for the failure to file the record, and there being no
reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is
dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3. Costs are
assessed against the appellant.

 APPEAL DISMISSED.



 _________________________________

 HOLLIS HORTON

 Justice



Opinion Delivered November 12, 2009

Before McKeithen, C.J., Kreger and Horton, JJ.